BRIDGET FLANAGAN, State Bar No. 121452
ELIZABETH RHO-NG, State Bar No. 213157
MILLER BROWN & DANNIS
71 Stevenson, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
Dublin Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D.G., a minor, by and through K.D.G., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>DUBLIN UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C-05-00717 PJH<br><br>STIPULATION OF THE PARTIES AND REQUEST TO EXTEND BRIEFING TIMELINES AND CONTINUE HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON<br><br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom 3, 17th Floor<br><br>Complaint Filed: February 17, 2005 |

Plaintiff, S.D.G., and Defendant Dublin Unified School District, by and through their attorneys of record, stipulate as follows:

Whereas, this Court's Order of July 7, 2005 set briefing deadlines for the parties cross-motions for summary judgment, and the parties hereto have agreed that due to plaintiff's counsel's numerous and overburdening commitments in both state and federal court, the briefing deadlines and hearing date on the parties' cross-motions for summary judgment should be continued as follows:

STIPULATION AND ORDER
EXTENDING BRIEFING
TIMELINES AND HEARING DATE
ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT - C05-00717 PJH

1. **Cross-Motions for Summary Judgment shall be filed by November 23, 2005;**

2. **Oppositions to Cross-Motions for Summary Judgment shall be filed by December 7, 2005;**

3. **Replies to Oppositions to Cross-Motions for Summary Judgment shall be filed by December 14, 2005.**

4. **The hearing date on the Cross-Motions for Summary Judgment shall be set for ~~January 11, 2006.~~ JANUARY 18, 2006.**

IT IS SO STIPULATED:

Dated: September 21, 2005

MILLER BROWN & DANNIS


/s/ Bridget Flanagan
Attorneys for Defendant
Dublin Unified School District

Dated: September 21, 2005


/s/ Eileen Matteucci
Counsel for Plaintiff, S.D.G.

  IT IS SO ORDERED:

  Dated: September 26, 2005

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

STIPULATION AND ORDER
EXTENDING BRIEFING
TIMELINES AND HEARING DATE
ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT - C05-00717 PJH

-2-