```
EILEEN MATTEUCCI (SBN No.77327)
Attorney at Law
901 Owhanee Court
Fremont, CA 94539
Telephone:  (510) 623-7556
Fax No.:    (510) 226-6210
```

Attorney for Plaintiff S.D.G.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D.G., a minor, by and through K.D.G., His Guardian Ad Litem,<br>　　　　　　Plaintiff,<br><br>Vs.<br><br>DUBLIN UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | Case No. C05-00717 PJH<br><br>STIPULATION RE SATISFACTION OF ADR REQUIREMENTS; ORDER<br><br>Hon. Phyllis J. Hamilton<br>Hearing Date:  January 18, 2006 |

Plaintiff S.D.G. and Defendant Dublin Unified School District, by and through their respective attorneys of record, stipulate as follows:

In September 2005 the parties were referred to ADR mediator Jessica Notini and, after having submitted written case evaluations and settlement offers, determined that they could not settle the case on mutually agreeable terms.  The parties and the mediator agreed that they have exhausted settlement discussions and mediation has not been successful in this matter.

IT IS SO STIPULATED.

Dated: October 26, 2005          MILLER BROWN & DANNIS

　　　　　　　　　　　　　　　　/s/  Bridget Flanagan
　　　　　　　　　　　　　　　　Attorneys for Defendant DUSD


Dated: October  26, 2005         /s/  Eileen Matteucci
　　　　　　　　　　　　　　　　Attorney for Plaintiff S.D.G.

Stipulation Re ADR Satisfaction - 1

IT IS SO ORDERED.

Dated: 10/27/05

_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge