IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S.D.G., a minor, by and through K.D.G., His Guardian Ad Litem,

    Plaintiff,

vs.

DUBLIN UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No.  C-05-0717 PJH

[~~PLAINTIFF'S PROPOSED~~]
ORDER OF DISMISSAL

Pursuant to the stipulation of the parties the Court ~~dismisses~~ this case with prejudice.

IT IS SO ORDERED.

Date: 2/22/06

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED.*
*Judge Phyllis J. Hamilton*

ORDER OF DISMISSAL C 05- 00717